# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 37TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on September 9, 2015, the cause upon appeal to revise or reverse your judgment between

Brad Croft, Individually and as Trustee of the Willa Wall Investments Trust, Appellant

V.

Jason S. Gadsby, Regina Prewitt-Cambell, Charlotte Marie Bellem, Peter C. Bouxsein, Robert F. Sigafoos, William E. Merten, Charles Rodney Godwin, Judy Johnson-Kinlaw, Margaret Francis, Shavano Rogers Ranch Swim Club, Inc., and AMS SA Management, LLC, Appellee

No. 04-11-00573-CV and Tr. Ct. No. 2010-CI-09853

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the motion for substitution of parties and to dismiss appeal is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on November 18, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-11-00573-CV

**Brad Croft, Individually and as Trustee of the Willa Wall Investments Trust**

**v.**

**Jason S. Gadsby, Regina Prewitt-Cambell, Charlotte Marie Bellem, Peter C. Bouxsein, Robert F. Sigafoos, William E. Merten, Charles Rodney Godwin, Judy Johnson-Kinlaw, Margaret Francis, Shavano Rogers Ranch Swim Club, Inc., and AMS SA Management, LLC**

(NO. 2010-CI-09853 IN 37TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | BARBARA E MCKINNEY |
| MOTION FEE | $10.00 | PAID | DAVID T. CAIN |
| MOTION FEE | $10.00 | PAID | DAVID T. CAIN |
| MOTION FEE | $10.00 | E-PAID | CHARLES B. GORHAM |
| MOTION FEE | $10.00 | PAID | DAVID T. CAIN |
| SUPPLEMENTAL CLERK'S RECORD | $342.00 | PAID | N/A |
| MOTION FEE | $10.00 | E-PAID | CHARLES B. GORHAM |
| MOTION FEE | $10.00 | E-PAID | CECILE P. GORHAM |
| MOTION FEE | $10.00 | PAID | DAVID T. CAIN |
| MOTION FEE | $10.00 | PAID | DAVID T. CAIN |
| MOTION FEE | $15.00 | PAID | CHARLES B. GORHAM |
| MOTION FEE | $10.00 | PAID | DAVID T. CAIN |
| CLERK'S RECORD | $1,152.60 | PAID | N/A |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | HEINRICHS & DE GENNARO |
| FILING | $100.00 | PAID | HEINRICHS & DE GENNARO |
| INDIGENT | $25.00 | PAID | HEINRICHS & DE GENNARO |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this November 18, 2015.



**KEITH E. HOTTLE, CLERK**

*Cynthia A. Martinez*
Cynthia A. Martinez
Deputy Clerk, Ext. 53853